```
                                                              **E-filed 8/31/06**
```

LATHAM & WATKINS LLP
   Peter A. Wald (Bar No. 85705)
   David M. Friedman (Bar No. 209214)
   Karli E. Sager (Bar No. 234819)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:  (415) 391-0600
Facsimile:   (415) 395-8095

LATHAM & WATKINS LLP
   Patrick E. Gibbs (Bar No. 183174)
135 Commonwealth Drive
Menlo Park, California 94025
Telephone:  (650) 328-4600
Facsimile:   (650) 463-2600

Attorneys for Defendant
ERNST & YOUNG LLP

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| REBECCA PROCTOR, REX BROOKS, JOHN DONOVAN, ROBERT NEEDLES et al. on behalf of Siliconix, Inc. themselves and on behalf of all minority shareholders of Siliconix, Inc., similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>VISHAY INTERTECHNOLOGY, INC., VISHAY TEMIC SEMICONDUCTOR ACQUISITION HOLDINGS CORPORATION, SILICONIX, INC., ERNST & YOUNG, FELIX D. ZANDMAN, and DOE 1 through DOE 20, inclusive,<br><br>            Defendants. | CASE NO. 5:06-cv-4134-JF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING HEARING DATE OF PLAINTIFFS' MOTION TO REMAND**<br><br>Judge: Hon. Jeremy Fogel |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 5:06-cv-4134-JF
STIPULATION AND [PROPOSED] ORDER
REGARDING HEARING DATE

The parties submit the following Stipulation Regarding Hearing Date of Plaintiffs' Motion to Remand.

WHEREAS, the hearing date of plaintiffs' motion to remand was originally set by plaintiffs on Friday, September 29, 2006 at 9:00 a.m.;

WHEREAS, due to the unavailability of the Court on that day, the Court rescheduled the motion to remand hearing date on Friday, September 22, 2006 at 9:00 a.m.;

WHEREAS, for scheduling purposes, parties agreed to reschedule the hearing date on Friday, October 6, 2006 at 9:00 a.m.;

WHEREAS, the Clerk of the Court confirmed the Court's availability to hear plaintiffs' motion to remand on that date;

WHEREAS, pursuant to Local Rule 7-3, E&Y's opposition to plaintiffs' motion to remand would be due on September 15, 2006; and plaintiffs' reply would be due on September 22, 2006;

WHEREAS, the only date or deadline set by the Court is the Case Management Statement, which is due October 6, 2006, and the Case Management Conference, which is set for October 13, 2006; and

WHEREAS, this stipulation will not effect the deadline for filing the Case Management Statement or the date of the Case Management Conference;

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned as follows:

The new hearing date for plaintiffs' motion to remand is Friday, October 6, 2006 at 9:00 a.m..

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CASE NO. 5:06-cv-4134-JF
STIPULATION AND [PROPOSED] ORDER
REGARDING HEARING DATE

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 25, 2006 | Respectfully submitted, |
| 3 | | LATHAM & WATKINS LLP |
| | |    Peter A. Wald |
| 4 | |    Patrick E. Gibbs |
| | |    David M. Friedman |
| 5 | |    Karli E. Sager |
| 6 | | |
| 7 | | By /S/ _____ |
| | |    David M. Friedman |
| 8 | |    Attorneys for Defendant |
| | |    ERNST & YOUNG LLP |
| 9 | | |
| 10 | Dated: August 25, 2006 | HENNEFER & WOOD |
| 11 | | |
| 12 | | By /S/ (With express authorization) |
| | |    James A. Hennefer |
| 13 | |    Attorneys for Plaintiffs |
| 14 | | *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, David M. Friedman hereby attests that concurrence in the filing of this document has been obtained.* |
| 17 | | |
| 18 | Dated: August 25, 2006 | O'MELVENY & MEYERS LLP |
| 19 | | |
| 20 | | By /S/ (With express authorization) |
| | |    Daniel H. Bookin |
| 21 | |    Attorneys for Defendants Vishay Intertechnology, Inc., Vishay Temic Semiconductor Acquisition Holdings Corporation and Felix D. Zandman |
| 23 | | |
| 24 | | *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, David M. Friedman hereby attests that concurrence in the filing of this document has been obtained.* |
| 27 | | |
| 28 | | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3   CASE NO. 5:06-cv-4134-JF
STIPULATION AND [PROPOSED] ORDER
REGARDING HEARING DATE

1  SO ORDERED.

2  8/31/06

3  By: _____
   United States District Judge
4  Northern District of California

5  Jeremy Fogel

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 5:06-cv-4134-JF
4  STIPULATION AND [PROPOSED] ORDER
REGARDING HEARING DATE