**E-filed 10/6/06**

DANIEL H. BOOKIN (S.B. #78996)
*dbookin@omm.com*
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

DHAIVAT H. SHAH (S.B. #196382)
*dshah@omm.com*
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601

ALAN R. FRIEDMAN *(Admitted pro hac vice)*
*afriedman@kramerlevin.com*
JONATHAN M. WAGNER *(Admitted pro hac vice)*
*jwagner@kramerlevin.com*
NORMAN C. SIMON *(Admitted pro hac vice)*
*nsimon@kramerlevin.com*
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

Attorneys for Defendants
VISHAY INTERTECHNOLOGY, INC., VISHAY TEMIC
SEMICONDUCTOR ACQUISITION HOLDINGS CORPORATION,
and FELIX D. ZANDMAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| REBECCA PROCTOR, REX BROOKS, JOHN DONOVAN, ROBERT NEEDLES, et al., on behalf of Siliconix, Inc., themselves, and on behalf of all minority shareholders of Siliconix, Inc. similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>VISHAY INTERTECHNOLOGY, INC., VISHAY TEMIC SEMICONDUCTOR ACQUISITION HOLDINGS CORPORATION, SILICONIX, INC., ERNST & YOUNG, FELIX D. ZANDMAN, and DOES 1 through 20, inclusive,<br><br>                Defendants. | Case No. 5:06-CV-04134-JF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER**<br><br>Judge: The Honorable Jeremy Fogel |

1  The parties submit the following stipulation regarding upcoming case management and
2  discovery requirements:
3  WHEREAS, plaintiffs' motion to remand is currently scheduled to be heard on October 6,
4  2006;
5  WHEREAS, the parties are currently required to file a discovery plan pursuant to
6  Rule 26(f) of the Federal Rules of Civil Procedure no later than October 6, 2006;
7  WHEREAS, the parties are currently required to complete their initial disclosures
8  pursuant to Rule 26(a) of the Federal Rules of Civil Procedure no later than October 6, 2006,
9  unless they object to such disclosure in their Rule 26(f) discovery plan;
10 WHEREAS, the parties are required to file an ADR Certification, and either:  (1) a
11 stipulation selecting an ADR process; or (2) a notice of need for an ADR phone conference;
12 WHEREAS, the parties are currently required to file a joint case management conference
13 statement no later than October 6, 2006;
14 WHEREAS, a case management conference is currently scheduled for October 13, 2006;
15 WHEREAS, the parties have met and conferred regarding the scope of the case manage-
16 ment and discovery requirements identified in this stipulation, and agree that it would serve the
17 interests of economy and efficiency to defer these requirements until resolution of plaintiffs'
18 motion to remand;
19 NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned,
20 as follows:
21 1. Each of the case management and discovery requirements enumerated in this
22 stipulation is stayed until 14 calendar days after this Court rules on plaintiffs' motion to remand;
23 2. The case management conference that is currently scheduled for October 13, 2006,
24 is continued to a date 21 calendar days after this Court rules on plaintiffs' motion to remand, or
25 as soon thereafter as counsel may be heard.
26
27
28

| | | |
|---|---|---|
| 1 | Dated: October 5, 2006 | O'MELVENY & MYERS LLP |
| 2 | | DANIEL H. BOOKIN |
| | | DHAIVAT H. SHAH |

Dated: October 5, 2006                    O'MELVENY & MYERS LLP
                                          DANIEL H. BOOKIN
                                          DHAIVAT H. SHAH


By: _____/s/ Dhaivat H. Shah_____
            Dhaivat H. Shah

- and -

ALAN R. FRIEDMAN
JONATHAN M. WAGNER
NORMAN C. SIMON
KRAMER LEVIN NAFTALIS &
 FRANKEL LLP
1177 Avenue of the Americas
New York, New York  10036

Attorneys for Defendants
VISHAY INTERTECHNOLOGY, INC.,
VISHAY TEMIC SEMICONDUCTOR
ACQUISITION HOLDINGS CORPORATION,
and FELIX D. ZANDMAN


Dated: October 5, 2006                    LATHAM & WATKINS LLP
                                          PETER A. WALD
                                          PATRICK E. GIBBS
                                          DAVID M. FRIEDMAN
                                          KARLI E. SAGER


By: _____/s/ David M. Friedman_____
            David M. Friedman

Attorneys for Defendant
ERNST & YOUNG LLP


Dated: October 5, 2006                    HENNEFER & WOOD


By: _____/s/ James A. Hennefer_____
            James A. Hennefer

Attorneys for Plaintiffs

- 2 -
STIPULATION AND PROPOSED ORDER - Case No. 5:06-CV-04134-JF

| | |
|---|---|
| 1 | **CERTIFICATION OF CONCURRENCE** |
| 2 | I certify that David M. Friedman and James A. Hennefer concur in the filing of this |
| 3 | document. |
| 4 | |
| 5 | Dated: October 5, 2006                    O'MELVENY & MYERS LLP |
|   |                                           DANIEL H. BOOKIN |
| 6 |                                           DHAIVAT H. SHAH |
| 7 | |
| 8 |                              By: ____/s/ Dhaivat H. Shah____ |
|   |                                           Dhaivat H. Shah |
| 9 | |
| 10 | |
| 11 | **ORDER** |
| 12 | Pursuant to stipulation, IT IS SO ORDERED. |
| 13 | Case Management Conference is continued until November 17 2006 at 10:30 AM. |
| 14 | Dated:  10/6/06 |
| 15 | |
| 16 | |
| 17 |                              _____ |
|    |                              The Honorable Jeremy Fogel |
|    |                              United States District Judge |

MP1:988746.1

- 3 -
STIPULATION AND PROPOSED ORDER - Case No. 5:06-CV-04134-JF