LATHAM & WATKINS LLP
  Peter A. Wald (Bar No. 85705)
  David M. Friedman (Bar No. 209214)
  Karli E. Sager (Bar No. 234819)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:   (415) 391-0600
Facsimile:    (415) 395-8095

LATHAM & WATKINS LLP
  Patrick E. Gibbs (Bar No. 183174)
135 Commonwealth Drive
Menlo Park, California 94025
Telephone:   (650) 328-4600
Facsimile:    (650) 463-2600

Attorneys for Defendant
ERNST & YOUNG LLP

*filed 4/5/07

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REBECCA PROCTOR, REX BROOKS, JOHN DONOVAN, ROBERT NEEDLES et al. on behalf of Siliconix, Inc. themselves and on behalf of all minority shareholders of Siliconix, Inc., similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VISHAY INTERTECHNOLOGY, INC., VISHAY TEMIC SEMICONDUCTOR ACQUISITION HOLDINGS CORPORATION, SILICONIX, INC., ERNST & YOUNG, FELIX D. ZANDMAN, and DOE 1 through DOE 20, inclusive,<br><br>Defendants. | CASE NO. 5:06-cv-4134-JF<br><br>**STIPULATION EXTENDING TIME FOR FULFILLING DISCOVERY REQUIREMENTS AND CONTINUING CASE MANAGEMENT CONFERENCE TO MAY 11, 2007**<br><br>Judge: Hon. Jeremy Fogel |

1   The parties submit the following stipulation regarding upcoming case
2   management and discovery requirements:

3   WHEREAS, Ernst & Young's motion to dismiss plaintiffs' Amendment to the
4   Second Amended Complaint re Ernst & Young and Vishay Defendants' motion for summary
5   judgment are scheduled to be heard on May 11, 2007;

6   WHEREAS, on October 25, 2006, the parties entered into a stipulation staying the
7   discovery requirements pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and ADR
8   requirements under Civil L.R. 16-8(b), (c) and ADR L.R. 3-5(b)-(d) until 14 calendar days after
9   this Court rules on plaintiffs' motion to remand;

10  WHEREAS, the Court ruled on the plaintiffs' motion to remand on February 13,
11  2007, making the discovery requirements due on February 27, 2007;

12  WHEREAS, the parties have met and conferred regarding the scope of the
13  discovery requirements, and agree that it would serve the interests of economy and efficiency to
14  defer these requirements until resolution of Ernst & Young's motion to dismiss;

15  WHEREAS, the parties are currently required to file a joint case management
16  conference statement no later than March 23, 2007;

17  WHEREAS, a case management conference is currently scheduled for April 6,
18  2007;

19  WHEREAS, the parties have met and conferred regarding the case management
20  conference, and agree that it would serve the interests of economy and efficiency to continue the
21  case management conference to the same day that Ernst & Young's motion to dismiss and
22  Vishay Defendants' motion for summary judgment will be heard;

23  NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the
24  undersigned, as follows:

25  1.   The discovery requirements under Rule 26(f) of the Federal Rules of Civil
26  Procedure and ADR requirements under Civil L.R. 16-8(b),(c) and ADR L.R. 3-5(b)-(d) are
27  stayed until 14 calendar days after this Court rules on Ernst & Young's motion to dismiss;

28  2.   The case management conference that is currently scheduled for April 6,

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO.  5:06-cv-4134-JF
1   STIPULATION EXTENDING TIME

1 | 2007, is continued to May 11, 2007.

2 | Dated:  April 3, 2007        Respectfully submitted,

                                 LATHAM & WATKINS LLP
                                   Peter A. Wald
                                   Patrick E. Gibbs
                                   David M. Friedman
                                   Karli E. Sager


                                 By /S/ _____
                                   David M. Friedman
                                   Attorneys for Defendant
                                   ERNST & YOUNG LLP


Dated:   April 3, 2007           HENNEFER & WOOD



                                 By /S/ (With express authorization)
                                   James A. Hennefer
                                   Attorneys for Plaintiffs

                                 *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, David M. Friedman hereby attests that concurrence in the filing of this document has been obtained.*

Dated:   April 3, 2007           O'MELVENY & MEYERS LLP



                                 By /S/ (With express authorization)
                                   Daniel H. Bookin
                                   Attorneys for Defendants Vishay Intertechnology, Inc., Vishay Temic Semiconductor Acquisition Holdings Corporation and Felix D. Zandman

                                 *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, David M. Friedman hereby attests that concurrence in the filing of this document has been obtained.*

Dated: 4/5/07

IT IS SO ORDERED

_____
Jeremy Fogel, U.S. District Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO.  5:06-cv-4134-JF
STIPULATION EXTENDING TIME        2