**E-Filed 1/15/10**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| REBECCA PROCTOR, REX BROOKS, JOHN DONOVAN, ROBERT NEEDLES et al. on behalf of Siliconix, Inc., themselves and on behalf of all minority shareholders of Siliconix, Inc., similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VISHAY INTERTECHNOLOGY, INC., VISHAY TEMIC SEMICONDUCTOR ACQUISITION HOLDINGS CORP., SILICONIX, INC., ERNST & YOUNG, FELIX D. ZANDMAN and DOE 1 through DOE 2, inclusive,<br><br>Defendants. | Case Number C 06-4134 JF (HRL)<br><br>ORDER[1] RE REMAND TO THE SUPERIOR COURT OF SANTA CLARA COUNTY |

## I. ORDER

Pursuant to the stipulation of the parties, as entered into the record on January 15, 2010, the above entitled action is hereby remanded to the Superior Court of California, County of Santa Clara. The Clerk of the Court shall transmit the file to the superior court for further proceedings as to Plaintiffs' first and third claims for relief and close the file in this Court.

---

[1] This disposition is not designated for publication in the official reports.

IT IS SO ORDERED.

DATED: 1/15/10



_____
JEREMY FOGEL
United States District Judge