1

2                                                                    **E-Filed 1/15/10**

3

4

5

6

7                        IN THE UNITED STATES DISTRICT COURT

8                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                  SAN JOSE DIVISION

10

11   REBECCA PROCTOR, REX BROOKS, JOHN          Case Number C 06-4134 JF (HRL)
     DONOVAN, ROBERT NEEDLES et al. on behalf
12   of Siliconix, Inc., themselves and on behalf of all
     minority shareholders of Siliconix, Inc., similarly    ORDER[1] RE REMAND TO THE
13   situated,                                               SUPERIOR COURT OF SANTA
                                                             CLARA COUNTY
14                         Plaintiffs,

15                  v.

16   VISHAY INTERTECHNOLOGY, INC., VISHAY
     TEMIC SEMICONDUCTOR ACQUISITION
17   HOLDINGS CORP., SILICONIX, INC., ERNST &
     YOUNG, FELIX D. ZANDMAN and DOE 1
18   through DOE 2, inclusive,

19                         Defendants.

20

21

22                                      **I. ORDER**

23          Pursuant to the stipulation of the parties, as entered into the record on January 15, 2010,

24   the above entitled action is hereby remanded to the Superior Court of California, County of Santa

25   Clara.  The Clerk of the Court shall transmit the file to the superior court for further proceedings

26   as to Plaintiffs' first and third claims for relief and close the file in this Court.

27   _____

28          [1] This disposition is not designated for publication in the official reports.

Case No. C 06-04134 JF (HRL)
ORDER TO REMAND TO THE SUPERIOR COURT OF SANTA CLARA COUNTY
(JFEX2)

1    IT IS SO ORDERED.

2

3    DATED: 1/15/10

4    _____
     JEREMY FOGEL
     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2